No. 10–9524.  SALINAS *v.* DILLMAN, WARDEN.  C. A. 4th Cir. Certiorari denied.

No. 10–9526.  RANSOM *v.* CONERLY, WARDEN.  C. A. 6th Cir. Certiorari denied.

No. 10–9529.  COOPER *v.* TEXAS.  Ct. Crim. App. Tex.  Certiorari denied.

No. 10–9554.  JONES *v.* LEMPKE, SUPERINTENDENT, FIVE POINTS CORRECTIONAL FACILITY.  C. A. 2d Cir.  Certiorari denied.

No. 10–9564.  FLOWERS *v.* MINNESOTA.  Sup. Ct. Minn.  Certiorari denied.

No. 10–9590.  HANNAH *v.* BUSS, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS.  Dist. Ct. App. Fla., 2d Dist.  Certiorari denied.

No. 10–9611.  GOMEZ *v.* ARIZONA.  Sup. Ct. Ariz.  Certiorari denied.

No. 10–9614.  JOHNSON *v.* KNOWLES, WARDEN.  C. A. 9th Cir. Certiorari denied.

No. 10–9625.  HALL *v.* BERGHUIS, WARDEN.  C. A. 6th Cir. Certiorari denied.

No. 10–9627.  COEN *v.* OREGON.  Sup. Ct. Ore.  Certiorari denied.

No. 10–9640.  CHAO *v.* NEVADA.  Sup. Ct. Nev.  Certiorari denied.

No. 10–9655.  MOSLEY *v.* WHITE.  C. A. 5th Cir.  Certiorari denied.

No. 10–9660.  ZABRISKIE *v.* FLORIDA.  Dist. Ct. App. Fla., 5th Dist.  Certiorari denied.

No. 10–9667.  SCOTT *v.* BUSS, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 10–9683.  KNIGHT *v.* SECURITIES AND EXCHANGE COMMISSION ET AL.  C. A. 2d Cir.  Certiorari denied.